IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER URIBE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. H-13-3047 |
| | § | |
| FEDERAL BUREAU OF INVESTIGATION, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING LEAVE TO FILE COMPLAINT**

The plaintiff, Walter Uribe, sues the Central Intelligence Agency, Federal Bureau of Investigation, Houston Police Department, Joint Chiefs of Staff, PsiTech Viewing Corp., and Scherff Corp. He sues for over $1 million, alleging that he is a former aerospace engineer who worked on a top-secret program that "marked his family bloodline for the unbreakable encryption scheme extracted from satellite for a LASER-powered directed energy weapon system onboard a satellite militarily deployed as a remote laser ignition system affecting the entire nuclear arsenal including stolen nuclear ordinance." (Docket Entry No. 1, Ex. C at ¶ 8). He also alleges, among other things, that the defendants have streamed "satellite-powered electromagnetic spectrum . . . to nano-actuate a nano-powered Remote Neural Monitor (RNM) Viewer deeply embedded in his eye and nano-trigger initialization and/or ignition of any one of five (5) stolen W54 nuclear suitcase-sized bombs implemented in a sewage facility along the northshore of the Port of Houston." (*Id.*, Ex. C at ¶ 7).

Uribe is subject to a preclusion order preventing him from filing new causes of action

without moving for and obtaining leave from the court to do so.  He has filed the required motion seeking leave.  Because his proposed new cause of action cannot proceed as a matter of law, leave to file it is denied.

This matter is closed.

SIGNED on January 7, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge