CASE No. C-201373363

## PLAINTIFF'S ORIGINAL PETITION &

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Walter Uribe, files this original petition and application for temporary restraining order against Defendant, Michael Denton, and alleges as follows:

### DISCOVERY-CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because he seeks injunctive relief.

### CLAIM FOR RELIEF

2. Plaintiff seeks monetary relief over $1,000,000.

### PARTIES

3. Plaintiff, Walter Uribe, is an individual residing in Harris County at 6301 West Bellfort Street, Apartment #183, Houston Texas 77035.

4. Defendant, Michael Denton, an individual, may be served with process at defendant's usual place of work in Harris County at Metro Police Department, Monarch/New Phoenix Program Control Room, 1900 Main Street, Houston Texas 77002 and/or Houston Police Department, Monarch/New Phoenix Program Control Room (top of building), 1200 Travis Street, Houston Texas 77002 or wherever defendant may be found.

### JURISDICTION

5. The Court has subject-matter jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

**FILED**
Chris Daniel
District Clerk

DEC 27 2013

Time: _____
Harris County, Texas
By _____
Deputy

**VENUE**

6.  Venue is mandatory in Harris County under Texas Civil Practice & Remedies Code section 15.004 because

plaintiff properly joined 15 claims arising from the same series of occurrences,  and one of the claims is

governed by the mandatory-venue provision in Texas Civil Practice & Remedies Code section 15.001

because this suit is for damages to real property,  and this is the county where part of the property is located.

The property is to self.

**FACTS**

7.  On or before December 23, 2013,  at 6301 West Bellfort Street,  Apartment #183,  Houston

Texas  77035, Harris County, Texas,  Metro Police Department Officer Michael Denton

operated a satellite-powered Monarch/New Phoenix program control room with centerpoint

clamped onto my brain magnetite without access/need-to-know,  consent,  nor visual

definitive ever in full knowledge of my family bloodline marked by a 1988 TOP SECRET

program at Rockwell International and committed obstruction of justice in pursuit of civil

lawsuit, Case No. C-201373363, against me involving causal stalking in the form of 'hard-

picking on centerpoint' to stream satellite-powered electromagnetic spectrum targeting my

corporal form specifically my head,  genitalia, legs and feet, kidneys,  stomach lining,  and

urinal tract along with rogue non-consensual testing to extract new encryption schemes per

usurped 1988 TOP SECRET program at Rockwell International to nano-actuate a nano-

powered Remote Neural Monitor (RNM) Viewer deeply embedded in his eye and nano-trigger

initialization and/or ignition of any one of five (5) stolen W54 nuclear suitcase-sized bombs

implemented in a sewage facility along the northshore of the Port of Houston plus facilitating

an assasination by satellite-powered directed energy in the electromagnetic spectrum

overfilling an active engagement zone upon my position via 'crooked cane conduits' assigned

by an allotment management system within the Global Information Grid (GIG) and Net

Centric Warfighter (NCW) framework along with Ground Wave Energy Networks (GWEN)

to coverup the absconding of my family bloodline upon my death and subsequent distribution

for illegal profit of the new unbreakable encryption schemes extracted off my body from

satellite in coordination with rogue Human Intelligence (HUMINT)/aka INTEL agent/

operatives listed in EXHIBIT A.

8. Plaintiff is a former Aerospace Engineer and TOP SECRET who worked for Hughes Aircraft Company from 1983 to 1987, and from 1988 to 1993, and also for Rockwell International from 1987 to 1988 including work on a 1988 TOP SECRET program that marked his family bloodline for the unbreakable encryption scheme extracted from satellite for a LASER-powered directed energy weapon system onboard a satellite militarily deployed as a remote laser ignition system affecting the entire nuclear arsenal including stolen nuclear ordnance.

9. Plaintiff attaches an affidavit as Exhibit B that proves the allegations in this application for injunctive relief and incorporates it by reference.

## COUNT 1 – OBSTRUCTION OF JUSTICE

10.11 The plaintiff submitted and properly processed civil lawsuit, Case No. C-201373363.

10.12 The defendant made an illegal, improper, or perverted action before, during, and after civil lawsuit, Case No. C-201373363 was submitted and processed.

10.13 The defendant had an ulterior motive or purpose in obstructing justice pursuant to civil lawsuit, Case No. C-201373363.

10.14 The plaintiff suffered injury as a result of ongoing obstruction of justice pursuant to civil lawsuit, Case No. C-201373363.

## COUNT 2 - ASSAULT

10.21 The defendant acted intentionally, knowingly, or recklessly.

10.22 The defendant made contact with the plaintiff's person.

10.23 The defendant's contact caused bodily injury to the plaintiff.

## COUNT 3 – FALSE IMPRISONMENT

10.31 The defendant willfully detained the plaintiff.

10.32 The detention was without the plaintiff's consent.

10.33 The detention was without legal authority or justification.

## COUNT 4 – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

10.41  The plaintiff is a person.

10.42  The defendant acted intentionally or recklessly.

10.43  The emotional distress suffered by the plaintiff was severe.

10.44  The defendant's conduct was extreme and outrageous.

10.45  The defendant's conduct proximately caused the plaintiff's emotional distress.

10.46  No alternative cause of action would provide a remedy for the severe emotional distress caused by the defendant's conduct.

## COUNT 5 – INVASION OF PRIVACY

10.51  The defendant intentionally intruded on the plaintiff's solitude, seclusion, or private affairs.

10.52  The intrusion would be highly offensive to a reasonable person.

10.53  The plaintiff suffered an injury as a result of the defendant's intrusion.

## COUNT 6 – THEFT LIABILITY ACT

10.61  The plaintiff had a possessory right to property or was the provider of services.

10.62  The defendant unlawfully appropriated, secured, or stole the plaintiff's property or services.  Texas Civil Practice & Remedies Code §134.002(2) lists the provisions in the Texas Penal code that form the basis for TLA claims.  They are the following:

(1)  theft of real or personal property under Texas Penal Code §31.03;

(2)  theft of service under Texas Penal Code §31.04;

(3)  theft of trade secrets under Texas Penal Code §31.05;

10.63  The unlawful taking was made with the intent to:

(1)  deprive the plaintiff of the property;  or

(2)  avoid payment of services.

10.64  The plaintiff sustained damages as a result of the theft.

## COUNT 7 – TRADE SECRET MISAPPROPRIATION

10.71   The plaintiff owned a trade secret.

10.72   The defendant used or disclosed the trade secret:

     (1)   in violation of a confidential or contractual relationship with the plaintiff;

     (2)   after acquiring the trade secret by improper means; or

     (3)   after acquiring the trade secret with notice that the disclosure was improper.

10.73   The plaintiff suffered injury.

## COUNT 8 – WIRETAP ACTIONS

10.81   The plaintiff made a wire, oral, or electronic communication.

10.82   The defendant did any of the following:

     (1)   intentionally intercepted or solicited another to intercept the plaintiff's communication;

     (2)   intentionally disclosed the plaintiff's communication to another person when the defendant knew or had

         reason to know the information was obtained through an illegal interception;

     (3)   intentionally used the contents of the plaintiff's communication when the defendant knew or was reckless

         about whether the information was obtained through an illegal interception; or

     (4)   intentionally used or solicited another to use a device to intercept the plaintiff's oral communication.

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

12.   Plaintiff's application for a temporary restraining order is authorized by:

     (1)   Texas Civil Practices & Remedies Code §65.011(1), when the applicant is entitled to the relief

         demanded, and all or part of the relief requires the restraint of some act prejudicial to the applicant.

     (2)   Texas Civil Practices & Remedies Code §65.012 and other statutes that authorize

         injunctive relief include the following:

         (a)   Business & Commerce Code §15.51(a), injunction to enforce covenant not to complete; and

         (b)   Business & Commerce Code §24.008(a)(3)(A), injunction to prevent further disposition of assets in

            suit for fraudulent transfer.

13. Plaintiff asks the Court to:

    (1)  prevent defendant from operating a Monarch/New Phoenix program control room;

    (2)  prevent defendant from coming within 100 feet of plaintiff;

    (3)  prevent defendant from distributing and/or selling Plaintiff's blood, or the blood of any family member, per usurped 1988 TOP SECRET program at Rockwell International that marked his family bloodline for the unbreakable encryption scheme extracted from satellite for a LASER-powered directed energy weapon system onboard a satellite militarily deployed as a remote laser ignition system affecting the entire nuclear arsenal including stolen nuclear ordnance;

    (4)  prevent defendant from distributing and/or extracting new encryption schemes per usurped 1988 TOP SECRET program at International that marked his family bloodline for the unbreakable encryption scheme extracted from satellite for a LASER-powered directed energy weapon system onboard a satellite militarily deployed as a remote laser ignition system affecting the entire nuclear arsenal including stolen nuclear ordnance;  and

    (5)  prevent defendant from distributing, orally or in any other form, information pertaining to an usurped 1988 TOP SECRET program at Rockwell International that marked his family bloodline for the unbreakable encryption scheme extracted from satellite for a LASER-powered directed energy weapon system onboard a satellite militarily deployed as a remote laser ignition system affecting the entire nuclear arsenal including stolen nuclear ordnance.

14. It is probable that plaintiff will recover from defendant after a trial on the merits because the basis for probable recovery is permanent relief.

15. If plaintiff's application is not granted, harm is imminent because Plaintiff's death will result if temporary restraining order is not issued.

16. The harm that will result if the temporary restraining order is not issued is irreparable because:

    (1) Plaintiff along with military oversight, namely the Joint Chiefs of Staff, cannot recover the rogue distribution of unbreakable encryption schemes and/or report the usurpation of a 1988 TOP SECRET program at Rockwell International that marked my family bloodline for the unbreakable encryption scheme extracted from satellite for a LASER-powered directed energy weapon system onboard a satellite militarily deployed as a remote laser ignition system affecting the entire nuclear arsenal including stolen nuclear ordnance, specifically the recovery of any stolen nuclear ordnance previously implemented and/or initialized along the coastline of, and within, the United States and in other countries around the world.

    (2) Plaintiff will not be able to procreate naturally with free will;

    (3) Plaintiff will not be able to work;

    (4) Plaintiff cannot continue to own and operate his business, Sonic Imageworks Incorporated, an S-Corporation; and

    (5) Plaintiff cannot live and breathe his democracy along with his privacy.

17. Plaintiff has no adequate remedy at law because:

    (1) defendant is insolvent;

    (2) defendant has not been awarded court judgement to force law enforcement to investigate their own officers operating Monarch/New Phoenix Program control rooms with intent to cause death, extract and/or distribute new encryption schemes in a rogue manner per usurped 1988 TOP SECRET program at Rockwell International that marked my family bloodline for the unbreakable encryption scheme extracted from satellite for a LASER-powered directed energy weapon system onboard a satellite militarily deployed as a remote laser ignition system affecting the entire nuclear arsenal including stolen nuclear ordnance.

18. Plaintiff is willing to post bond.

19. There is not enough time to serve notice on defendant and to hold a hearing on this application because the defendant will cause Plaintiff's death and/or the Plaintiff will suffer irreparable injury, loss, or damage if the temporary restraining order is not granted.

## REQUEST FOR TEMPORARY INJUNCTION

20. Plaintiff asks the Court to set his application for temporary injunction for a hearing and, after the hearing, issue a temporary injunction against defendant.

21. Plaintiff has joined all indispensable parties under Texas Rule of Civil Procedure 39.

## REQUEST FOR PERMANENT INJUNCTION

22. Plaintiff asks the Court to set his request for a permanent injunction for a full trial on the merits and, after the trial, issue a permanent injunction against defendant.

## JURY DEMAND

23. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## CONDITIONS PRECEDENT

24. All conditions precedent to plaintiff's claim for relief have been performed or have occurred.

## REQUEST FOR DISCLOSURE

25. Under Texas Rule of Civil Procedure 194, plaintiff requests that defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## OBJECTION TO ASSOCIATE JUDGE

26. Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

## PRAYER

27. For these reasons, plaintiff asks that defendant be cited to appear and answer and, on final trial, that plaintiff

be awarded a judgement against defendant for the following:

a. Temporary restraining order.
b. Permanent injunction.
c. Actual damages.
d. Prejudgement and postjudgement interest.
e. Court costs.

Dated: 27 December 2013                          Respectfully submitted,

Walter Uribe

Former Black Op and DOD/Aerospace Engineer

Hughes Aircraft Company and Rockwell International

Assigned Top Secret and Secret Clearances (1983-1993)

6301 W. Bellfort Street #183

Houston, Texas  77035

(832) 374-3612 (cell phone)

State of Texas                )

                              ) ss

County of Harris              )

EBONY CHRISTINA YOUNG
My Commission Expires
August 2, 2017

This instrument was acknowledged before me on ___December 27, 2013___ (date) by

___Walter Uribe___ (name of signer(s))

_____ (Signature of Notary)

# EXHIBIT A

<u>Project Artichoke program control rooms at Central Intelligence Agency (CIA) in Arlington VA:</u>

Address:     John O. Brennan,   Director of Central Intelligence Agency

Central Intelligence Agency (CIA)

Washington D. C. 20505

1) Project Artichoke Operative and Al-Qaeda Terrorist Melinda Atta – 4517 Greenwood Place, Los Angeles CA 90027.

2) Ex-Project Operative Jeb Bush, owner/operator of Scherff Corporation – Kennebunkport Maine.

• distributes voice/larynx descramblers for Project Artichoke and Monarch/New Phoenix program control rooms along with instruction sets for nano-powered Remote Neural Monitor (RNM) Viewers

3) Former U.S. President / Dir. Of Central Intelligence Agency / Project Artichoke Operative George Scherff Jr/aka George H. W. Bush Sr – Ocean Ave, Kennebunkport Maine.

4) Former CIA Agent/Project Artichoke Supervisor Craig Jensen

• former property owner of 4517 Greenwood Place, Los Angeles CA 90027.

• next door neighbor of former U.S. President George Scherff Jr/aka George H. W. Bush Sr on Ocean Ave, Kennebunkport Maine.

5) Ex-CIA Agent Stephen Jensen – 4517 Greenwood Place, Los Angeles CA 90027.

• sales associate of 525 Post Production in Los Angeles CA.

6) Ex-DCI of CIA's NCS HUMINT Div. John D. Bennett – 3031 Dracena Dr, Los Angeles CA 90027.

7) Ex-Project Artichoke Supervisor Martin Hardin – Los Angeles CA 90027.

8) U.S. Training/Project Artichoke Operative Erik Prince – Los Angeles CA 90027.

9) Ex-DCI of CIA's NCS HUMINT Division Richard Spankett – Los Angeles CA 90026.

10) Former Dir. of Central Intelligence Agency Michael Morrell – Rodney Dr, Los Angeles CA 90027.

11) Former Dir. of Central Intelligence Agency Porter Goss – Los Angeles CA 90027.

12) Ex-Project Artichoke Operative Robyn Sax – Los Angeles CA 90027.

13) NSA Agent/Ex-Project Artichoke Operative Dane Spotts/aka Dane MacGregor, PsiTech Viewing Corp. – Los Angeles CA.

14) Ex-CIA Agent/Project Artichoke Operative Linda Spotts/aka Linda MacGregor, PsiTech Viewing Corp. – Los Angeles CA.

15) Ex-Project Artichoke Operative Cindy Lauer/aka Annette Roque Lauer – New York City NY.

16) Ex-CIA Agent David Cuddy – 2031 Dracena Drive #216,  Los Angeles CA 90027.

17) Ex-CIA Agent David Euchstad – 2031 Dracena Drive #318, Los Angeles CA 90027.

18) Ex-CIA Agent Lt. Michael Euchstad/SOCOM Unit – 2031 Dracena Dr #318,Los Angeles CA 90027

19) Ex-CIA Agent Pepi Hartounian – 2031 Dracena Drive #318, Los Angeles CA 90027.

20) Ex-CIA Agent Melissa Hartounian – 4517 Greenwood Place, Los Angeles CA 90027.

21) Ex-CIA Agent Vincent Jensen – 4517 Greenwood Place, Los Angeles CA 90027.

22) Ex-Project Artichoke Operative David Lee Spankett – Los Angeles CA 90026.

23) Ex-Project Artichoke Operative Peter Kasmeric – Los Angeles CA 90027.

24) Ex-CIA Agent Deborah Fiona Lucci – Ambrose St, Los Angeles CA 90027.

25) Ex-Project Artichoke Operative Winston Beech – Los Angeles CA 90027.

26) Ex-Project Artichoke Operative James Richards – Los Angeles CA 90027.

27) Ex-Project Artichoke Operative Keanu Reeves – Los Angeles CA 90027.

28) Ex-Project Artichoke Operative John St. Cloud – 2031 Dracena Drive #101, Los Angeles CA 90027.

29) DCI of CIA's NCS ELINT Division Richard Gehlen – Los Angeles CA 90026.

30) Project Artichoke Operative Susanna Hospital – 2031 Dracena Drive #314, Los Angeles CA 90027.

31) Ex-CIA Agent Linda Gehlen – Los Angeles CA 90026.

32) Ex-CIA Agent/Operative Leann Anderson – Los Angeles CA 90026.

33) Project Artichoke Operator Bob Morrell – Rodney Drive,  Los Angeles CA 90027.

34) Project Artichoke Operative Charles Bratton III – Los Angeles CA 90027.

35) Ex-Project Artichoke Catherine Hathaway – Los Angeles CA 90027.

36) Ex-Project Artichoke Operative Trevor Hoffs – 2031 Dracena Drive #110, Los Angeles CA 90027.

37) Ex-Project Artichoke Operative Kathryn Whittingham – Los Angeles CA 90027.

38) Ex-CIA Agent / Project Artichoke Operative Steve Michael – Los Angeles CA.

   • owner of 525 Post Production in Los Angeles CA.

---

<u>Monarch/New Phoenix program control room at DOD/USMC Base Camp Lejeune North Carolina:</u>

39) Lt. William "Bill" Smothers – USMC Base Camp Lejeune NC.

40) Lt. Lisa Schwartzkopf – USMC Base Camp Lejeune NC.

41) Chairman of the Joint Chiefs of Staff Chairman General Martin Dempsey – multiple locations.


<u>Monarch/New Phoenix program control room at DOD/Pentagon in Arlington VA:</u>

   Address:        1400 Defense Pentagon, Arlington, VA

42) United States Armed Forces MILTEL Special Agent Michael Patrick Jensen – Arlington VA.

43) United States Armed Forces MILTEL Lt. Colonel Christopher Drake – Huntsville ALA.

<u>Monarch/New Phoenix program control room at National Security Agency (NSA), Russian Viral Room:</u>

        Address:      National Security Agency (NSA)
                        Fort Detrick Annex Building, Russian Viral Room, M/S 109,
                        Fort George R. Meade, Maryland 70719

44) NSA Agent/Scientist David George Jensen – owner of property at 4517 Greenwood Place, Los Angeles CA 90027.

45) NSA Agent John Peabody – Fort George R Meade, Maryland.

46) NSA Agent James Peabody – Fort George R. Meade, Maryland.

47) NSA Agent Ronald Ferret – Baltimore, Maryland.


<u>Monarch/New Phoenix program control room at Central Intelligence Agency (CIA) in Arlington VA:</u>

        Address:      John O. Brennan, Director of Central Intelligence Agency

                        Central Intelligence Agency (CIA), Washington D. C. 20505

48) Ex-CIA Agent Michael Charles Jensen – 4517 Greenwood Place, Los Angeles CA 90027 or New York City, NY (multiple residences).

49) Ex-CIA Agent Richard Allen Jaymeson – Arlington VA via South Africa


<u>Monarch/New Phoenix program control room at FBI in Westwood CA:</u>

        Address:      11000 Wilshire Boulevard, Suite 1700, Los Angeles, CA 90024

50) FBI Agent Robert Gosling – Valencia CA or Houston TX (multiple residences).

51) FBI Agent Robert Atwood – Valencia CA.

52) FBI COINTELPRO Agent Bob O'Haurly – Los Angeles, CA. (525 Post Production)

53) FBI COINTELPRO Agent Alejandro Jodorovsky – Los Angeles CA. (525 Post Production)

<u>Monarch/New Phoenix program control room at LAPD Headquarters in downtown Los Angeles CA:</u>

     Address:     100 West 1st Street,  Los Angeles, CA

54) Lt. Matthew Jensen Jr – 4517 Greenwood Place, Los Angeles CA 90027 or Port Arthur LA.

55) Lt. Matthew Michael Barr – Los Angeles CA.

56) NSA Spotter / Officer David L. Barr – 2031 Dracena Drive #214,  Los Angeles CA 90027

     • lived upstairs directly above my apartment in #114 wearing a nano-powered Remote Neural

     Monitor (RNM) Viewer to facilitate the extraction of encryption schemes off my body and my pre-born

     per usurped 1988 top secret program at Rockwell International,  causal stalk me, destroy my home-

     based software business, and force relocation.

57) LAPD Officer/Project Artichoke Op. Dawn Anderson – 2031 Dracena Dr,  Los Angeles CA 90027.

58) LAPD Police Chief / Project Artichoke Operative Charlie Beck – Los Angeles CA.

59) Former LAPD Police Chief / Project Artichoke Operative Charles Bratton – Los Angeles CA.


<u>Monarch/New Phoenix program control room at LAPD-Hollenbeck Division in El Sereno CA:</u>

     Address:     2111 E. 1st Street Los Angeles, CA 90033

60) Officer Christopher Bostwick – 2024 Dracena Drive, Los Angeles CA 90027.

61) Officer Wayne Bostwick – 2024 Dracena Drive, Los Angeles CA 90027.


<u>Monarch/New Phoenix program control room at LAPD-Hollywood Division in Hollywood CA:</u>

     Address:     1358 N. Wilcox Avenue,  Hollywood CA 90028

62) Lt. Matthew Jensen Sr – 4517 Greenwood Place, Los Angeles CA 90027.

63) Ex-CIA Operative Susan Ferret – New York City, NY.

Monarch/New Phoenix program control room at LAPD-Inglewood Division in Inglewood CA:

    Address:      One Manchester Blvd, P.O. Box 6500, Inglewood CA 90301.

64) Officer Barry Bostwick – 2024 Dracena Drive, Los Angeles CA 90027.


Monarch/New Phoenix program control room at LAPD-Rampart Division in Los Angeles CA:

    Address:      1401 W. 6th Street Los Angeles, CA

65) Lt. Eric Weisman – Los Angeles CA.


Monarch/New Phoenix program control room at FBI COINTELPRO Office in downtown Houston TX:

66) FBI Field Office Coord. Debra Jensen – Bellaire TX or 4517 Greenwood Place LA CA 90027.


Monarch/New Phoenix program control room at FBI's Northwest Field Office in Houston TX:

    Address:      1 Justice Park Drive, Houston, TX 77092

67) FBI Agent Peter Arnsbach – Houston TX.

68) FBI Agent Robert Gosling – Houston TX or Valencia CA (multiple residences).

69) FBI Agent Robert Gosling Jr – Houston TX.

70) FBI Agent Steven Palermo Sr – Houston TX.

71) FBI Operative Roberta Vovelle – Houston TX.

72) FBI Agent Trisha Vovelle – Houston TX.

<u>Monarch/New Phoenix program control room at HPD downtown Headquarters in Houston TX:</u>

      Address:      1200 Travis Street,  Houston, TX 77002

73) HPD Police Chief/Project Artichoke Operative Charles MacClelland – Houston TX.

74) HPD Lt. Michael Ginsburg – Houston TX.

75) HPD Spokeswoman Pamela Ginsburg – Houston TX.

76) HPD Officer Michael Denton – Houston TX.

77) HPD Officer Patricia Denton – Houston TX.

78) HPD Officer Richard Denton – Houston TX.

79) HPD Officer Brent Hill – Houston TX.

80) HPD Officer Rebecca Hill – Houston TX.

81) HPD Officer Steven Huckleberry – Houston TX.

82) HPD Officer Steven Palermo Jr – Houston TX.


<u>Monarch/New Phoenix program control room at Lincoln District precinct, Chicago PD in Chicago IL:</u>

      Address:      3510 South Michigan Avenue,  Chicago, IL 60653


83) Chicago Police Chief Steven Ginsburg – Chicago IL.

Other Rogue Human Intelligence (HUMINT)/aka INTEL Operatives in Control Rooms located across the country identified by CIA's National Clandestine Service ELINT,  HUMINT,  MASINT Divisions

84) Steven Arnsbach – living in Waco TX and operating control room near Texas A&M campus, College Station,  TX.

85) Susan Arnsbach – 'hardpicking' small hand-held psychotronic ball filled with plasma.

86) Robert Lloyd Gates Jr – 17yr old and son of former D/CIA Robert Gates living near College Station, TX having access to a control room near College Station TX.

87) Mike Joel – ex-CIA Agent and Texas A&M alumnus living in Houston TX and having access to control room near Texas A&M campus,  College Station,  TX.

88) Susan Joel – sister of ex-CIA Agent Michael Joel and ex-CIA Analyst living in Houston TX and having access to control room near Texas A&M campus,  College Station,  TX.

89) Peter Joel – 17yr old and son of ex-CIA Agent Mike Joel and ex-CIA Analyst Susan Joel having access to control room near Texas A&M campus,  College Station,  TX.

90) Peter Palermo – 17yr old operating a control room near Texas A&M campus, College Station,  TX.

91) Wayne Palermo – College Station,  TX.

92)  John Gotti Jr – operating a control room at his family residence in Schenactady NY in possession of an allotment of rogue subversive hand-held centerpoint figurines.

93) Vincent Gotti – operating a control room along with John Gotti Jr in Schenactady NY.

94) Vincent Gotti Jr – operating a control room along with half-brother John Gotti Jr in Schenactady NY.

95) Victoria Gotti – operating a control room along with John Gotti Jr in Schenactady NY.

96) Michael Manshatta – non-American citizen observed and detected positioned in a control room along with John Gotti Jr, Vincent Gotti,  and Vincent Gotti Jr with access to small hand-held centerpoint figurine capable of clamping onto and igniting stolen nuclear ordnance.

97) Scott Manzani-Provecharim – observed and detected positioned in a control room along with John Gotti Jr,  Vincent Gotti,  and Vincent Gotti Jr with access to small hand-held centerpoint figurine capable of clamping onto and igniting stolen nuclear ordnance.

# EXHIBIT B

```
*** REC 2013336  151055 HC7B69E0 5SDM  CIPQYAB   PQAB   (F-5SD )  ***

QRY DATE: 12/02/13  AN: 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  DOC: 816 UNIT: 5AT    PG: 001+ DEQR
INPUT: YRS REQ: 1984,1987-1988,1993; COVERED DETAILS; SELF-EMPLOYMENT;
  NON-COVERED DETAILS; RAILROAD; EMPLOYER ADDRESS
MEF: NA: W  URIBE  DB: 08/1964 SX: M AK:

DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
EIN: 951778500                 RAYTHEON COMPANY
                               % ATTN ANGELA L SCHLEMMER
                               PO BOX 660248
                               DALLAS              TX  75266-0248
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER  PR    S
0084  AA        W   URIBE          5106.00      5106.00 4161-85-07020  00185
                    WAGE TOTAL     5106.00
           OASDI EMPLOYER TOTAL    5106.00
           84 OASDI YEARLY TOTAL   5106.00


EIN: 951778500  RAYTHEON COMPANY
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER  PR    S
0087  AA        W   URIBE         34030.00     34046.98 7015-85-18932  00688  V
                    WAGE TOTAL    34030.00
           OASDI EMPLOYER TOTAL   34030.00
           87 OASDI YEARLY TOTAL  34030.00


EIN: 951054708                 BOEING NORTH AMERICA OMC
                               % TAX DEPT 7TH FL
                               1201 S 2ND ST
                               MILWAUKEE           WI  53204-2410
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER  PR    S
0088  AA        W   URIBE        19245.15     19245.15 8082-85-61364  01789  V
                    WAGE TOTAL   19245.15
           OASDI EMPLOYER TOTAL  19245.15
EIN: 951778500  RAYTHEON COMPANY
0088  AA        W   URIBE        19855.68     19855.68 8398-91-18305  02189  V
                    WAGE TOTAL   19855.68
           OASDI EMPLOYER TOTAL  19855.68
           88 OASDI YEARLY TOTAL 39100.83


EIN: 954379519                 RAYTHEON MISSILE SYSTEMS COMPANY
                               PO BOX 9399
                               LONG BEACH          CA  90810-0399
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER  PR    S
0093  AA        W   URIBE        35741.25     35741.25 3069-86-57733  01394  V
                    WAGE TOTAL   35741.25
           OASDI EMPLOYER TOTAL  35741.25
           93 OASDI YEARLY TOTAL 35741.25


DETAIL COVERED MQGE EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED (1983-1990)
 NO COVERED MQGE EARNINGS POSTED FOR YEARS REQUESTED

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND
 ADDRESS  FOR YEARS REQUESTED
EIN: 951642394                 UNIVERSITY OF SOUTHERN CALIFORNIA
                               % ERIK BRINK UNIV COMPTROLLER
                               UNIVERSITY PARK
                               LOS ANGELES         CA  90089-8016
RPYR  RE  LOAC  NAME            TOTAL AMOUNT  CONTROL NUMBER  PR     S
```

```
QRY  DATE: 12/02/13  AN: 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  DOC: 816 UNIT: 5AT     PG: 002  DEQR
0084  DA         W   URIBE          906.45    4070-85-01149   00581
                     WAGE TOTAL     906.45
EIN: 951778500  RAYTHEON COMPANY
0084  FA         W   URIBE            .00     4034-90-64080   00584
                     WAGE TOTAL       .00

  87 NONE

  88 NONE

  93 NONE

DETAIL RAILROAD EARNINGS FOR YEARS REQUESTED
  NO RR EARNINGS FOR YEARS REQUESTED
```

Social Security Aministration
10703 Stancliff Rd.
Houston, TX 77099-9915